United States District Court
Southern ...

AUG 2 6 2003

Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 6 2003

Michael N. Milby, Clerk
Laredo Division

| | |
|---|---|
| MANUEL F. RAMOS AND WIFE, HILDA GRACIELA RENDON RAMOS, INDIVIDUALLY AND AS NEXT FRIENDS OF HILDA GRACIELA RAMOS, A MINOR | § § § § § |
| VS. | § |
| JAMES E. GEDDES, INDIVIDUALLY, ET AL | § |

C.A. NO. L-88-59

### ORDER FOR DISTRIBUTION OF MONIES
### IN REGISTRY OF THE COURT

On this the 26th day of August, 2003, came to be considered the Amended Application of Manuel F. Ramos and wife, Hilda Graciela Rendon Ramos, for Distribution to them of those certain monies on deposit with the United States District Clerk, Southern District of Texas and which monies were on deposit for the benefit of Hilda Graciela Ramos, who passed away on April 11, 2003.

The Court having considered the Application, evidence and the certified copy of the Judgment Declaring Heirship attached as Exhibit "A" to the Amended Application, the Court enters the following orders.

IT IS ORDERED, ADJUDGED AND DECREED that the District Clerk for the Southern District of Texas issue two checks each for one-half of any and all monies on deposit for the benefit of Hilda Graciela Ramos and that said checks be made payable to the following persons and as more particularly provided in the Judgment Declaring Heirship, to-wit:

4



1. Manuel F. Ramos
   2405 Littler Court
   Laredo, Texas 78045

2. Hilda Graciela Rendon Ramos
   2405 Littler Court
   Laredo, Texas 78045

The Court further ORDERS the District Clerk for the Southern District of Texas to take any and all action necessary to carry out the distribution of all monies on deposit for the account of Hilda Graciela Ramos, deceased, to the two persons named above.

SIGNED on this the 26th day of August, 2003.

HONORABLE GEORGE P. KAZEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM
AND FOR ENTRY:

LAW OFFICES OF DONATO D. RAMOS

BY: _____
Donato D. Ramos
State Bar No. 16508000
Attorney for Applicants

5